| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 1:03-CR-00374-002 WBH |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | 1:10cr12 MMP |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Northern District of Georgia | Marietta |
| Eric Kimble | NAME OF SENTENCING JUDGE | |
| | Honorable Willis B. Hunt, Jr. | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 07/10/2009 | TO 07/09/2012 |

OFFENSE

Conspiracy to Possess with Intent to Distribute Heroin
21 USC 846 and 841(b)(a)(c)

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the FLORIDA District of FLORIDA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

3/9/10
Date

Honorable MIDDLE
United States District Judge

*This sentence may be deleted at the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE FLORIDA DISTRICT OF FLORIDA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3/22/10
Effective Date

Honorable
United States District Judge