IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

    Plaintiff,                                         CASE NO.: 1:10CR12-SPM-AK

VS.

ERIC KIMBLE,

    Defendant.
_____/

## ORDER OF REASSIGNMENT

To effect the timely and efficient handling of issues related to Case No.: 1:10cr12-SPM, this case is hereby reassigned to the Honorable Maurice Paul for all purposes, it is ORDERED:

The Clerk shall reassign Case No.: 1:10cr12-SPM to the Honorable Maurice Paul.

SO ORDERED this 24th day of March, 2010.

                                                    *S/ Stephan P. Mickle*
                                                  Stephan P. Mickle
                                                  Chief United States District Judge