IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                             CASE NO. 1:10-cr-00012-MP-AK

ERIC KIMBLE,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 5, Mr. Kimble's Motion for Approval of State Order to Transport Defendant. Mr. Kimble wishes to be allowed to attend a case management conference in state court, so that the state may proceed with his prosecution. Judge David A. Glant of the Eighth Judicial Circuit, in and for Alachua County, has issued an Order to Transport Defendant for Mr. Kimble to personally appear on Monday, May 3, 2010, at 2:00 p.m. for a Case Management Conference. The Alachua County Sheriff's Office is prepared to transport Mr. Kimble, and to be responsible for any costs incurred while he is in their custody. The Assistant U. S. Attorney does not object to this request. Accordingly, it is

    **ORDERED AND ADJUDGED:**

    1.    The Second Motion for Approval of State Transport, Doc. 14, is GRANTED.

    2.    The United States Marshal Service will release Mr. Kimble into the custody of the Alachua County Sheriff's Office and/or their designated agent, for the purpose of appearing at the May 3, 2010, 2:00 p.m. case management conference.

3. The United States Marshal Service is further directed to make clear to the Alachua County Sheriff's Office and/or their designated agent that Mr. Kimble must be returned to federal custody on the same day, May 3, 2010.

**DONE AND ORDERED** this _28th_ day of April, 2010

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge