IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          CASE NO. 1:10-cr-00012-MP-AK

ERIC KIMBLE,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 42, Motion for Approval to Attend State Hearing via Video, filed by Defendant Eric Kimble. A hearing is presently scheduled at the Alachua County Criminal Courthouse, at Gainesville, Florida, on Thursday, July 22, 2010, at 9:00 a.m., before the Honorable Walter M. Green, Circuit Judge. The government does not object to a Court order allowing Mr. Kimble to participate via videoconference, and Mr. Kimble would not have to leave the Alachua County Detention Center, where he is his now housed. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Court approves Mr. Kimble's video attendance for the State Court hearing on Thursday, July 22, 2010, at 9:00 a.m., from the Alachua County Detention Center. Mr. Kimble will not be required to physically leave the facility. Officials having custody of Mr. Kimble shall bring him to the video conference facility within the Alachua County Detention Center in order for him to participate in this hearing.

**DONE AND ORDERED** this _21st_ day of July, 2010

                          *s/Maurice M. Paul*
                    Maurice M. Paul, Senior District Judge